No. 04–1131. WHITMAN *v.* DEPARTMENT OF TRANSPORTATION ET AL. C. A. 9th Cir. [Certiorari granted, 545 U. S. 1138.] Motion of American Federation of Government Employees et al. for

leave to participate in oral argument as *amici curiae* and for divided argument denied.